**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KENDALL BROWNE,

                Plaintiff,

  -against-                                      23 **CIVIL** 8280 (AEK)

                                                                 <u>**JUDGMENT**</u>

P.O. S. RIVERA Shield # 1963, Officially and
Individually, and CITY OF MIDDLETOWN,

                Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated March 28, 2025, Defendants' motion for summary judgment (ECF No. 32) is GRANTED. Judgment is entered in favor of Defendants; accordingly, the case is closed.

**Dated:**  New York, New York

       March 31, 2025

                                                            **TAMMI M HELLWIG**
                                                                   _____
                                                                      **Clerk of Court**

                           **BY:**        *K. Mango*
                                                          _____
                                                                      **Deputy Clerk**